**Honorable David Hittner Presiding**
**Case Manager:** Joseph Wells          **Court Reporter:** Prather
**USPO:** Julianne Delgado               **Interpreter:**
**Date:** 08/4/2026                      **Court Time:** 1:46 - 2:42

| CR. No. 4:25-cr-329 | | Deft No. 1 | |
|---|---|---|---|

**United States of America**          §     **AUSA:** Devon Helfmeyer
                                      §
**Vs.**                               §
                                      §     **Defense Counsel:** Jon May, Richard
Maryam Qayum                          §     Kuniansky

## SENTENCING

☒ Sentencing held              ☐ With contested issues

    ☒ Guilty Plea     ☐ Guilty Verdict      Date: 3/26/26      Counts: 1

☒ Indictment      ☐ Information       ☐ Indictment Waived

☒ Sentence:

Committed to the custody of the BOP for a term of 151 months. Supervised release for a term of 3 years. Fine waived.

☒ Special assessment on counts: 1

    ☐ Remitted

☒ Counts dismissed on government's motion: 2-13

☐ Bond

    ☐ Continued      ☐ Forfeited      ☐ Set:

☐ Defendant ordered to surrender

    ☐ When designated      ☐ To US Marshal on:

☒ Defendant remanded to custody

☒ Terminate other settings for defendant

☒ Terminate motions for defendant

Other:

Written objections granted or overruled as stated on the record. Defendant's request to include medical records granted. Any other objections overruled; PSR Addendums & Appendix adopted. Motion for forfeiture granted