United States District Court
Southern District of Texas
**ENTERED**
August 04, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No.  4:25-CR-329 |
| | § | |
| MARYAM "MEG" QAYUM, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Upon due consideration of the United States' Motion, counts 2-13 of the

Indictment are DISMISSED as to Defendant MARYAM "MEG" QAYUM.

SIGNED on this ____4____ day of ___*aug*___, 2026.


Honorable David Hittner
United States District Judge